Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-01706-OWW-DLB |
|---|---|
| Plaintiff, | |
| vs. | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE; AND ORDER |
| BRAULIO GAMINO, et al. | |
| Defendants. | |

**TO THE HONORABLE OLIVER W. WANGER, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Initial Scheduling Conference in this action, presently set for Wednesday, February 16, 2011 at 8:15 A.M. This request will be, and is, necessitated by the fact that defendants Braulio Gamino and Maria Tomasa Soto, individually and d/b/a Los Metates Authentic Mexican Food are in default and Plaintiff's Application for Default Judgment is currently pending before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE SCHEDULING CONFERENCE; AND ORDER
CASE NO. 1:10-cv-01706-OWW-DLB
PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Initial Scheduling Conference presently scheduled for Wednesday, February 16, 2011 at 8:15 A.M. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: February 8, 2011         */s/ Thomas P. Riley*
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By: Thomas P. Riley
                                Attorneys for Plaintiff
                                J & J Sports Productions, Inc.

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:10-cv-01706-OWW-DLB styled *J & J Sports Productions, Inc. v. Braulio Gamino, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 9, 2011**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE